# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MALLIE J. SECKINGER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. CV415-304 |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

In this Fair Credit Reporting Act case, defendant Equifax's March 17, 2016 Answer (doc. 8) triggered Fed. R. Civ. P. 26(f)'s requirement that the parties confer and file a discovery report. *See* Local Rule 26.1(a) & (b) (requiring parties to confer no later than 45 days after the first appearance of *any* defendant by Answer or Rule 12(b) motion, and to submit a Rule 26(f) report within 14 days thereafter). That report was due May 16, 2016 (45 + 14 = 59 days following March 17, 2016, which is May 15, 2016. Because that's a Sunday, the due date became the following day, May 16, 2016). It has not surfaced.

Seckinger therefore shall, within 14 days of the date this Order is served, show why this case should not be dismissed without prejudice for

abandonment and violation of a Court rule. See Fed. R. Civ. P. 41(b); Local Rule 41.1(c); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989).

**SO ORDERED,** this  29th  day of August, 2016.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA