# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MALLIE SECKINGER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV415-304 |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court's Order, filed January 6, 2017, disposed of all pending motions in this case. Doc. 28. Although the parties filed their Fed. R. Civ. P. 26(f) report, doc. 11, no scheduling order has been entered. Because the report was filed before the motions' disposition, the Court cannot determine whether the parties still intend to meet its proposed deadlines. Accordingly, the parties are directed to confer and submit a proposed scheduling order, within 14 days of the date that this Order is filed.

**SO ORDERED**, this 30th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA